**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 97-60336**
**Summary Calendar**

**STEVE HACKLER,**

**Plaintiff-Appellant,**

**VERSUS**

**REGENCY TOYOTA INC.,**

**Defendant-Appellee.**

Appeal from the United States District Court
For the Southern District of Mississippi
(3:95cv104WS)

December 11, 1997

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Steve Hackler, who is an African-American, filed this action against Regency Toyota, Inc., his former employer, for alleged race discrimination under Title 42, U.S.C. § 1981, after Regency Toyota terminated his employment as a sales person after an incident in

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

which Hackler became loud and abusive, called a co-worker names, would not calm down, continued to exhibit his anger toward this co-worker within the hearing of customers in the showroom and would not reconcile with the co-worker, notwithstanding the suggestion of his immediate supervisor that he do so.  Regency Toyota moved for summary judgment on the grounds that Hackler failed to establish a prima facie case for racial discrimination and failed to establish any evidence that would show that the reasons for his discharge asserted by Regency Toyota were pretextual.  The district court granted summary judgment in favor of Regency Toyota and Hackler appeals.

We have carefully reviewed the briefs, the record excerpts and relevant portions of the summary judgment record.  For the reasons stated by the district court in its Memorandum Opinion and Order filed under date of September 30, 1996, we are convinced that the Final Judgment entered by the district court under date of September 30, 1996, should be, and the same is hereby, **AFFIRMED**.